FILED

05/01/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0054

**IN THE SUPREME COURT OF
THE STATE OF MONTANA
Supreme Court Cause No. DA 20-0054**

| | |
|---|---|
| EDWARD TOMSU, <br><br> Plaintiff/Appellant, <br><br> vs. <br><br> UNIVERSITY OF MONTANA; JOHN DOES 1-10; and, ABC CORPORATIONS 1-10, <br><br><br> Defendants/Appellees. | **ORDER GRANTING APPELLANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF** |

Pursuant to Appellant's Unopposed Motion for Extension of Time to File Opening Brief, with good cause appearing therefore and no objection by Appellee,

IT IS HEREBY ORDERED that Appellant's Unopposed Motion for Extension of Time to File Opening Brief is GRANTED, and Appellant shall have up to and including June 19, 2020 to file his opening brief.

DATED this _____ day of May, 2020.

By:_____
Clerk of the Supreme Court

cc: J.R. Casillas
Courtney Cosgrove

1

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
May 1 2020